happened which might be significant on the theory of defective shoulder or highway and as to proper drainage. While the record is not properly developed as to these factors, it would appear that a prima facie case was established as to negligence of the State which may be further developed or rebutted on a new trial. The circumstances are such that as to the passenger claim, in the interest of justice, there should be a new trial. The judgment is affirmed in the action of Bernard Blum against the State of New York, No. 31948, without costs. In the claim of Lavina Fisher (Blum), No. 31950, the judgment is reversed on the law and the facts, and a new trial directed, with costs to abide the event. Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff v. EDWIN W. ASHBY, Defendant.— Upon request of the moving party, and no objection having been made by the People, the motion is held without date and may be brought on upon application of either party. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of MOE KAPLAN et al., Respondents, against SULLIVAN COUNTY ALCOHOLIC BEVERAGE CONTROL BOARD et al., Appellants.— Motion for permission to appeal to the Court of Appeals. In view of the undisputed statements in the record on this motion that the questions sought to be certified to the Court of Appeals have already been certified in an appeal from the Appellate Division, First Department, to that court, the motion is denied, without costs, and the stay, contained in the order to show cause granted February 1, 1960, is vacated. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JOHN D'ANGELO, Appellant. MARTIN P. CATHERWOOD, as State Industrial Commissioner, Respondent.— Motion granted and appeal reinstated. The order of this court, entered January 5, 1960, is amended so as to provide that the time of the appellant to perfect appeal, file note of issue and file and serve record and brief is extended to April 19, 1960 and that appellant be ready for argument at the May Term of this court. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of MIKE D'ANGELO, Appellant. MARTIN P. CATHERWOOD, as State Industrial Commissioner, Respondent.— Motion granted and appeal reinstated. The order of this court, entered January 5, 1960, is amended so as to provide that the time of the appellant to perfect appeal, file note of issue and file and serve record and brief is extended to April 19, 1960 and that appellant be ready for argument at the May Term of this court. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JOSEPH LODICO, Appellant. MARTIN P. CATHERWOOD, as State Industrial Commissioner, Respondent. — Motion granted and appeal reinstated. The order of this court, entered January 5, 1960 is amended so as to provide that the time of the appellant to perfect appeal, file note of issue and file and serve record and brief is extended to April 19, 1960 and that appellant be ready for argument at the May Term of this court. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY EMMINO, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— The order is affirmed upon the finding of the lower court of failure to comply with article 77 of the Civil Practice Act. The petition is defective for noncompliance with subdivision 6 of section 1234 of the Civil Practice Act. Accordingly, we do not consider the merits of the application. Order unanimously affirmed, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.